UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN M. ERNEST,<br><br>    Plaintiff,<br>vs.<br><br>UNIVERSITY OF PHOENIX; DR. SOPHIE HSIA; DR. DAVID L. HALL,<br><br>    Defendants. | CASE NO. 08-CV-2363-H (POR)<br><br>**ORDER GRANTING SECOND *EX PARTE* APPLICATION FOR LEAVE TO FILE SAC** |

On November 25, 2009, the Court dismissed Plaintiff's First Amended Complaint and gave Plaintiff until January 4, 2010 to file an amended pleading. (Doc. No. 29.) On January 4, 2010, Plaintiff filed an *ex parte* application for extension fo time to file her Second Amended Compliant ("SAC"). (Doc. No. 31.) Plaintiff, who was in a Ph.D. program at the University of Phoenix, sought an extension to file an amended complaint until January 31, 2010, or later. (Id. at 2.) On January 21, 2010, the Court granted Plaintiff an extension of time to file a SAC by March 1, 2010. (Doc. No. 32.)   The Court explained that this extension would give Plaintiff ample opportunity to file her amended pleading.[1]  (Id.)  Nonetheless, Plaintiff did not file her SAC until March 16, 2010.  (Doc. No. 34.)  On March 16, 2010, Plaintiff also filed an *ex parte* application for leave to file her SAC late.  (Doc. No. 36.)

---

[1] The Court noted that Plaintiff had failed to comply with Court-ordered deadlines for filing in the past, and had filed multiple requests for extensions during the course of this action.

1  Plaintiff is *pro se*, and represents to the Court that she was unable to comply with the March
2  1, 2010 deadline due to her health condition.  (Id. at 2.)  The Court GRANTS Plaintiff's *ex*
3  *parte* application for leave to file her SAC.   While the Court is sympathetic to Plaintiff's
4  circumstances, the Court expects all parties to comply with the filing deadlines in the future.
5  **IT IS SO ORDERED.**
6  DATED: March 18, 2010

    _____
    MARILYN L. HUFF, District Judge
    UNITED STATES DISTRICT COURT